UNITED STATES OF AMERICA

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In re:

KEN AND MARY SNELL,

    Debtors.

_____/

Case No. BG 14-04739
Chapter 13
Hon. James D. Boyd
Petition Date: 07/14/14

**UNITED STATES' RESPONSE TO DEBTORS' OBJECTION
TO DEPARTMENT OF EDUCATION'S PROOF OF CLAIM (#12)
AND REQUEST FOR HEARING**

The United States of America, on behalf of its agency, the United States Department of Education, by and through the undersigned, responds to Debtors' Objection to Department of Education's Proof of Claim (#12), as follows:

1.    United States admits the allegation in paragraph 1.

2    United States admits the allegations in paragraph 2.

3.    United States neither admits nor denies the allegation in paragraph 3, being without knowledge or information sufficient to form a belief as to the truth of the allegation.   Upon filing of this response, the United States will provide Debtors' counsel with the requested information

4.    United States denies the allegations in paragraph 4.

WHEREFORE, the United States requests that Debtors' Objection to Department of Education's Proof of Claim (#12) be denied.

                                                   ANDREW B. BIRGE
                                                   First Assistant United States Attorney
                                                   Attorney for the United States,
                                                   Acting Under Authority Conferred
                                                   by 28 U.S.C. §515

Dated:   December 16, 2014                /S/Michael L. Shiparski
                                                 MICHAEL L. SHIPARSKI (P33064))
                                                 Assistant United States Attorney
                                                 P.O. Box 208
                                                 Grand Rapids, MI 49501
                                                 (616) 456-2404
                                                 Mike.Shiparski@usdoj.gov