UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Ken Norman Snell** | § | CASE NO. 14-04739 |
| **Mary Katherine Snell** | § | HON. James W. Boyd |
|   Debtor(s) | § | |
| | § | |

### WITHDRAWAL OF DEBTOR'S OBJECTION TO DEPARTMENT OF EDUCATION'S PROOF OF CLAIM (#12)

NOW COME Debtors, Ken & Mary Snell, through their attorney Jeffrey D. Mapes, PLC, and hereby withdraw their objection to the proof of claim of the Department of Education (Claim #12) pursuant to FRBP 3007.

January 5, 2015      \_\_/s/_____
                     Jeffrey D. Mapes (P70509)